```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

DAVID ALCALA                                          PLAINTIFF

    V.                    Civil No. 09-6067

SHERIFF DAVID TANNER, et al.                        DEFENDANTS

O R D E R

On this 29th day of August 2011, there comes on for consideration the report and recommendation filed in this case on August 1, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 26). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 20) is GRANTED, and Plaintiff's Claims are DISMISSED WITH PREJUDICE. The U.S. District Clerk is directed to amend the name of "Rick Loyd" to "Rick Loy".

IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge